IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION : : : : This document relates to:   : Cases in the Below Table   : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |

# **ORDER**

On December 30, 2024, the Court entered an Order directing the plaintiffs identified at Docket Entry 768-1 to show cause within 14 days of the entry of the Order why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [768]. Plaintiffs were warned that a plaintiff's failure to respond could result in dismissal of her case.

In six cases, Plaintiffs filed out-of-time responses stating that they had come into compliance with the Case Management Orders regarding the Plaintiff Fact Sheets. Defendants now state that they do not oppose removing those plaintiffs from the show-cause list. Dkt. Nos. [841-46]. Accordingly, the Order to Show Cause, Dkt. No. [768] is **MOOT** as to those cases:

| Plaintiff | Cause No. |
|---|---|
| Abeyta, Erica L | 1:24-cv-00339 |
| Cunningham, Conjetta | 1:22-cv-00432 |
| Del Campo, Jossie | 1:21-cv-00199 |
| Del Rosario, Stephane | 1:21-cv-01793 |
| DeSelms, Carrie | 1:21-cv-00111 |
| Dore, Albertine | 1:21-cv-02035 |

The Clerk is **DIRECTED** to terminate submission of the Order to Show Cause, Dkt. No. [768], and the Order directing Defendants to file a response regarding the lateness and whether they agree that those Plaintiff Fact Sheets are now in compliance, Dkt. No. [839].

**IT IS SO ORDERED** this 29th day of January, 2025.

_____
**Leigh Martin May**
**United States District Judge**